## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Plaintiff,**<br>**Ian Ali and Naraya Ali,**<br><br>**v.**<br>**Tower DB REO VIII, L.L.C.**<br>**Defendants,** | **Case No. 3:26-cv-2945**<br><br>**Removed from the Superior Court of New Jersey, Law Division, Middlesex County, MID-L-1297-26** |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Tower DB REO VIII, L.L.C., by and through their undersigned counsel, hereby removes this matter pursuant to 28 U.S.C. §§1331, 1441(c)(1)(A), and 1446, from the Superior Court of New Jersey, Law Division, Middlesex County (the "State Court") to the United States District Court for the District of New Jersey.

In support of this Notice of Removal, Defendant respectfully states as follows:

## BACKGROUND

1. On February 26, 2026, Plaintiff filed a Complaint in the Superior Court of New Jersey, Law Division, Civil Part, Middlesex County (Ex. A, State Court Complaint).

2. On March 2, 2026, Defendant was made aware of the State Court Complaint by it being misdelivered to an attorney previously representing Defendant.

3.   Plaintiff alleges violations of federal law, including but not limited to the Fifth Amendment of the United States Constitution. (see State Court Complaint, ¶10).

4.   The matter will further involve the assertion of federal defenses, including but not limited to qualified immunity, as well as other defenses to constitutional liability.

## BASIS FOR REMOVAL

5.   This Court has original jurisdiction over the above-captioned matter under the provisions of 28 U.S.C. §1331 because the Complaint alleges violations of the laws and Constitution of the United States.

6.   The pending action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1331 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441, including §§1441(b) and 1441(c).

7.   This Court has supplemental jurisdiction over the remaining counts of the Complaint under 28 U.S.C. §1367 because they arise from the same case or controversy.

## REMOVAL IS TIMELY

8.   This Notice of Removal is being filed within thirty (30) days of March 2, 2026, the date on which Defendant learned of the State Court Complaint.

9. Pursuant to Fed. R. Civ. P. 6(a) and 28 U.S.C. §1446(b), this Notice of Removal is timely. See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999).

## VENUE IS PROPER

10. The United States District Court for the District of New Jersey is the federal judicial district embracing the State Court where Plaintiff originally filed this suit.

## STATE COURT NOTIFICATION/NOTICE TO COUNSEL

11. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served on all counsel of record and will be filed with the State Court.

## MISCELLANEOUS

12. No admission of fact, law, or liability is intended by this Notice of Removal and Defendant expressly reserves all defenses, affirmation of defenses, and motions.

WHEREFORE, Tower DB REO VIII, L.L.C., by and through its undersigned counsel, and through the filing of this Notice of Removal, serving of a copy of this Notice of Removal on all counsel of record, and filing of a copy of this Notice of Removal with the Clerk of the State Court, effects the removal of said civil action to this Honorable Court.

Respectfully submitted,
HONIG & GREENBERG, L.L.C.

**/s/ Adam D. Greenberg, Esq.**

LAW OFFICES
HONIG & GREENBERG, L.L.C.
By: Adam D. Greenberg, Esquire 030931994
1949 Berlin Road
Suite 200
Cherry Hill, New Jersey 08003-3737
(856) 770-0990
Attorneys for Defendant

Dated:

## CERTIFICATE OF SERVICE

I certify that on March _ , the foregoing Notice of Removal was electronically filed with the United Staes Court for the District of New Jersey via the CM/ECF system. I further certify that on  _, the foregoing Notice of Removal is being served on all counsel of record by email and by the Ecourt system of the Superior Court of New Jersey. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Adam D. Greenberg, Esq.

Dated: March 21, 2026